Mr. Justice Heard delivered the opinion of the court.

---

C. H. Cooper, appellee, v. John Barton Payne, director general of railroads, appellant.

Action against the director general of railroads for damages for negligently causing the death of hogs shipped by railroad. Judgment for plaintiff. Appeal from the Circuit Court of Pike county; the Hon. Harry Higbee, Judge, presiding. Heard in this court at the April term, 1921. Affirmed. Opinion filed October 25, 1921.

William and Barry Mumford, for appellant; Winston, Strawn & Shaw, of counsel. W. E. Williams and A. Clay Williams, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

Andrew Grenias et al., appellees, v. Earl Hill et al., appellants.

Contempt proceedings for violation of an injunction restraining strikers from interfering with the business and the employees of appellees' restaurants. Order entered finding appellants guilty and imposing sentences. Appeal from the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the April term, 1921. Affirmed. Opinion filed October 25, 1921. *Certiorari* denied by Supreme Court (making opinion final).

Kerr, MacDonald & Murphy and Robert H. Patton, for appellants. Walter T. Day, for appellees.

Mr. Justice Heard delivered the opinion of the court.

---

Nancy E. Miller, administratrix de bonis non of the estate of Samuel Miller, deceased, appellee, v. G. A. Stults, administrator, appellant.

Order in circuit court on appeal denying an administrator leave to amend his inventory, sustaining objections to the report and ordering him to charge himself with the proceeds of a certain note claimed as a gift from decedent. Appeal from the Circuit Court of Logan county; the Hon. T. M. Harris, Judge, presiding. Heard in this court at the April term, 1921. Affirmed. Opinion filed October 25, 1921.

Covey & Woods, for appellant. John L. King and Harold F. Trapp, for appellee.

Mr. Justice Heard delivered the opinion of the court.